Lois Weatherbee, Respondent, v. Claude S. Newman and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Lillian Mendal, Respondent, v. Frederic A. Gimbel, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Samuel Swetnick, Suing for Himself as Stockholder and All Other Stockholders of Theodore Klein, Inc., etc., Respondent, v. Theodore Klein, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Percy Dalton, Appellant, v. Katharine B. Bliss and Others, as Executors and Trustees, etc., of Walter P. Bliss, Deceased, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of Enoch W. Newton, an Incompetent Person. Benjamin L. Blauvelt and Clarence Newton, as Administrators c. t. a. of Enoch W. Newton, Deceased, Appellants; Benoni B. Gattell, as Committee of Enoch W. Newton, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

George M. Stevens, Respondent, v. Villa Victoria Construction Corporation and Others, Defendants, Impleaded with Berezein & Rubin, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Judea Convalescent Home, Inc., Respondent, v. Frank J. Taylor, as Commissioner of the Department of Public Welfare of the City of New York, and Thomas C. T. Crain, as District Attorney of the County of New York, Appellants. — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the record here presented is insufficient to justify the restraining of a public official from the performance of his duties. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Julius Minez, Appellant, v. Charles E. Merrill and Others, Respondents.— Order entered on or about November 25, 1932, affirmed, with twenty dollars costs and disbursements. No opinion. The examination to be deferred until after issue joined upon the amended complaint. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Joe Shiro v. Anthony Shiro and Anna Shiro. Frederick W. Sperling, Referee, Respondent.— Motion for reargument granted, and such reargument having been had, the order appealed from is modified in so far as to grant the motion to the extent of fixing the referee's fees in the sum of $750, and as so modified affirmed, without costs, and the order of this court entered December 20, 1932, vacated. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 122.]